OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
$ 00.26⁵
NOV 26 2014
MAILED FROM ZIP CODE 78701

11/26/2014

DOSTER, JUSTIN MANCE    Tr. Ct. No. 1240414-B    WR-81,16

On this day the Application for writ of habeas corpus has been dismissed wi
written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex
Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

Abel Acosta,

RTS

JUSTIN MANCE DOSTER
BRAZORIA COUNTY JAIL #101885 C2A
ANGLETON, TX 77515                 UTF

ATW

EBN31 77515